JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LILLIAN JOYCE FOSTER,
Plaintiff,
v.
CITY OF LOS ANGELES, ET AL.,
Defendants.

Case No. 2:26-cv-01604-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 29, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE